PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Ryan Howes      Cr.: 10-00210-001
     PACTS #: 57317

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM J. MARTINI
                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2011

Original Offense:    Count One: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), a Class C Felony

Original Sentence: 1 Day imprisonment, 25 years supervised release

Special Conditions: $300 Special Assessment (paid), $4,500 Restitution, Substance Abuse Testing/Treatment, Alcohol Treatment, Computer Search, 2 years Location Monitoring Program (completed), Mental Health Treatment, No Contact with Minors, No New Debt/Credit, Polygraph Examination, Sex Offender Registration, Search/Seizure, No Possession of Pornographic Materials

Type of Supervision: Supervised Release           Date Supervision Commenced: 12/08/2011

## REQUEST TO SUSPEND POLYGRAPH CONDITION

Ryan Howes has a documented history of schizophrenic disorder, paranoid type, anxiety disorder, ADHD, and learning disabilities. Our office has obtained official documentation of his mental health issues, medications and verified his diagnoses through direct contact with health providers, and family members. In May 2023, Howes submitted to a polygraph which was found to be "deceptive," however, the polygrapher reported that Howes, "lacked the mental capacity to understand the meaning, scope and purpose of the test." In July 2023, a polygraph was re-administered, and it was again determined by the polygrapher that due to his mental health issues and prescribed medication, Howes is not an appropriate candidate for polygraph testing. For these reasons, we are requesting his special condition of polygraph examination be suspended. We will monitor his progress and if circumstances improve, we will notify Your Honor and resume polygraph examinations.

                                                                Respectfully submitted,

                                                                SUSAN M. SMALLEY, Chief
                                                                U.S. Probation Officer

                                                                *[signature]*

                                                By:   DANA HAFNER
                                                         Senior U.S. Probation Officer

Prob 12A – page 2
Ryan Howes

/dh

APPROVED:

_____   03/07/2024
CARRIE H. BORONA                   Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Suspend the Special Condition of Polygraph Examination (as recommended by the Probation Office)

_____
Signature of Judicial Officer

3/14/24
Date